**No. 39508.**—Protests 939206–G, etc., of Carl Zeiss, Inc. (New York).

Opinion by SULLIVAN, J. It appeared that certain items are parts of photo-microscopic apparatus similar to those the subject of *United States* v. *Leitz* (24 C. C. P. A. 139, T. D. 48622). The protests also relate to a vertical camera, filters, lens holders, and finders the same as those before the court in *United States* v. *Zeiss* (24 C. C. P. A. 145, T. D. 48624). These items were therefore held dutiable as parts of cameras at 20 percent under paragraph 1551.